UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HOMEAWAY, INC., HOMEAWAY.COM, INC., VRBO.COM, INC., and VACATIONRENTALS.COM, INC., | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. A09-CV-926-LY |
| vs. | § § | |
| RENTEXPERT, INC., d/b/a RENTEXPERT.COM, GANAPATHY KRISHNAN, JOHN GUTHRIE, KALYANI KRISHNAN, YURI PIKOVER, and BOB HAWK, | § § § § § § | |
| Defendants. | § | |

**MOTION FOR ENTRY OF**
**AGREED PERMANENT INJUNCTION**

TO THE HONORABLE LEE YEAKEL:

Plaintiffs HomeAway, Inc., HomeAway.com, Inc., VRBO.com, Inc., and VacationRentals.com, Inc. hereby move the Court for entry of the Agreed Permanent Injunction filed contemporaneously herewith.  Entry of the Agreed Permanent Injunction is part of a comprehensive settlement agreement between the parties to resolve this litigation.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request that the Court enter the proposed Agreed Permanent Injunction.  Defendants' consent to entry of the Agreed Permanent Injunction is reflected in their counsels' signature on the proposed order.

Respectfully submitted,

GRAVES, DOUGHERTY, HEARON & MOODY
A Professional Corporation
401 Congress Avenue, Suite 2200
Austin, Texas  78701
(512) 480-5764  Telephone
(512) 536-9908  Facsimile


By: _____/s/_____
    Peter D. Kennedy
    State Bar No. 11296650
    Drew L. Harris
    State Bar No. 24057887

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

William Rheaume
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045


_____/s/_____
Peter D. Kennedy